Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Tel: 619-476-0030; Fax: 775-743-0307
Attorney for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| LINDA WONG, <br><br> Plaintiff <br><br> v. <br><br> TALENTWISE SOLUTIONS, LLC; et al, <br><br> Defendants | Case No.: SACV 12-01096-CJC-MLGx <br><br> **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation this court hereby dismisses entire action with prejudice.

IT IS SO ORDERED

DATE: 5/23/13            BY: _____
                              UNITED STATES DISTRICT JUDGE